Regarding my case #02-15-00041-cv, I have been uable to find an attorney to file a motion to re-hear in this short notice.  Since I did pay the $195, but just through the wrong place, would you please give me more time to have an attorney file this motion with the court?  Thank you.  Gail Sanders

**RECEIVED**
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

April 14, 2015

DEBRA SPISAK, CLERK

ACCEPTED
02-15-000041-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
4/14/2015 11:57:29 AM
DEBRA SPISAK
CLERK



RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/14/2015 11:57:29 AM
DEBRA SPISAK
Clerk

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00041-CV

| | |
|---|---|
| SANDERS OIL & GAS, LTD. | APPELLANT |
| V. | |
| NEW TECH ENGINEERING, LP | APPELLEE |

------------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 141-263013-12

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On February 06, 2015, and February 20, 2015, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: March 26, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).

2

FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

February 6, 2015

Tammy Cole
Holt Cole Law, PLLC
1155 W. Wall, Ste. 102
Grapevine, TX 76051
* DELIVERED VIA E-MAIL *

Charles C. Conrad
Coats, Rose, Yale, Ryman & Lee, P.C.
9 Greenway Plaza, Suite 1100
Houston, TX 77046
* DELIVERED VIA E-MAIL *

Civil District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap St., 3rd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Court Reporter, 141st District Court
Tarrant County Family Law Center
200 E. Weatherford St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   02-15-00041-CV
       Trial Court Case Number:   141-263013-12

Style: Sanders Oil & Gas, Ltd.
     v.
     New Tech Engineering, LP

The court has received a copy of the notice of appeal in this case. *See* Tex. R. App. P. 25.1(e).

A filing fee of $195.00 is required by appellant. *See* Tex. R. App. P. 5 and Texas Supreme Court Order of August 16, 2013 regarding fees to be charged in civil cases. **If the $195.00 is not paid by Tuesday, February 17, 2015, the case is subject to DISMISSAL per Tex. R. App. P. 42.3(c).**

**NOTE TO APPELLANT:** At or before the time for perfecting the appeal, you must request in writing that the official reporter prepare the reporter's record. The request must designate the exhibits to be included. A request to the court reporter must also designate the portions of the proceedings to be included. You must also file a copy of this request with the trial court clerk. *See* Tex. R. App. P. 34.6.

FILE COPY

02-15-00041-CV
February 6, 2015
Page 2

**NOTE TO PARTIES:**  Except for the docketing statement, all filings by the parties, and all correspondence and rulings by the court, in this appeal will be posted to this court's website and will be accessible to the parties and the public when viewing the case record via the Case Search function on this court's website.  Upon a party's motion showing good cause, the court may order that filings and briefs in an appeal not be posted to the court's website.  Motions and briefs filed with this court must redact sensitive information in accordance with rules 9.9 and 9.10 of the Rules of Appellate Procedure and this court's local rule 7.  Tex. R. App. P. 9.9, 9.10; 2nd Tex. App. (Fort Worth) Loc. R. 7.  The court may require a document to be corrected and resubmitted if, upon screening, the court discovers unredacted sensitive data.  A party who is not represented by counsel is not required to include his or her home address on any filing except the docketing statement.

**NOTE TO COURT REPORTER:**  You must file the reporter's record in this court within 60 days after the date the judgment is signed; OR 120 days if a timely motion for new trial is filed; OR 10 days after the notice of appeal is filed if this is an accelerated appeal; OR 30 days after the notice of appeal is filed in a restricted appeal.  *See* Tex. R. App. P. 35.1. You should contact the appellant(s) and make arrangements for receiving payment for the record.  *See* Tex. R. App. P. 35.3(b)(3).  If you were not the court reporter in this case, or if additional court reporters took testimony in this case, please advise the court in writing immediately.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Rose M. Stewart, Deputy Clerk